# EASTERN DISTRICT OF MICHIGAN
# U.S. DISTRICT COURT

---

## **PARTIES:**

    KEVIN WILLIAM CASSADAY

    - PLAINTIFF

    v.

    STATE OF MICHIGAN, et al

    - DEFENDANTS

## **CASE #**

    25-12576

**EMERGENCY**

**EX PARTE MOTION #1 FOR LEAVE OF COURT**

**NOTICE TO THE COURT OF CONTINUED HARASSMENT BY DEFENDANT**

**MOTION #2 TO AMEND**

**PLAINTIFF MOTION #3 FOR INJUNCTIVE RELIEF**



## **NOTICE:**

1. The Defendant Blue Cross Blue Shield at 10:57 AM called Plaintiff's fathers home phone.

2. The answering machine picked up, the lady was saying something about my father not filling his medications.

3. That was all Mr. Cassaday caught himself.

4. Plaintiff waited to try & listen to it with his father, but his father deleted the recording.

5. When Plaintiff asked his father about the call, his father was not happy about the call in the first place.

6. Plaintiff's father didn't really want to talk about it.

7. Mr. Cassaday asked about the reason for them calling, is there a problem with something, & his father said they called like two weeks ago as well.

8. The previous docket # 9, happened one minute after this call, almost coinciding.

9. This is continued harassment to the Plaintiff & his family, showing a concerted effort by this Defendant that they do not care, they will do anything & everything in their power to intimidate anyone who questions their business model & practices.

10. Similar events happened in 2020 roughly when BCBS didn't pay a chiropractor bill, numerous attempts by Mr. Cassaday to obtain the records have been obstructed by his chiropractor, in which they then played games with scheduling in alleged attempt to run Mr. Cassaday off.

11. BCBS is a non-profit organization.

12. In the early 2000s, Daniel Loepp figured out how to bleed money off of the workers of MI by jacking up their rates, in which stifled pay raises to Mr. Cassaday.

13. Those extra funds have been being funneled into the Boards & Leaderships pockets as a non-profit doesn't pay taxes.

14. Any extra funds at the end of this companies year, is funneled into those leaders pockets by bonuses, making the company look as if it is a "non-profit."

15. The government as a whole has built a scheme to defraud the people, & have allowed this to happen for decades as those same individuals typically donate to politicians or lobbyists to run their agendas.

16. BCBS as well was making back door contracts with doctors, one specific topic is if the person smoked, to not give them medical care, puritan ideals blackmailing doctors to not spend money for BCBS.

17. BCBS is a corrupt organization, violating the RICO Act, intimidating witnesses to their abusive model, stealing money off of its clients healthcare in the tune of more than $1,000,000,000.-- a year, goes to the board in MI alone, between roughly eight individuals.

18. Mr. Cassaday has had constant issues with BCBS over the years, as they run & treat people that cost them money like a problem, calling the individuals doctor to influence the healthcare in that persons life, denying payments, & etc.

19. To shine a light on this companies habitual conduct In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala. Master File No. 2:13-cv-20000-RDP.

20. The company has continued to engage in criminal conduct with no real accountability.

21. Big companies like this love class actions, as it minimizes their losses, & the attorneys who manage it profit upwards of 40% of the settlement.

22. The company had an attorney reach out to Mr. Cassaday, saying for him to not contact any of the Defendants, but the company cannot follow its own threats of intimidation.

23. BCBS has continued to harass Mr. Cassaday & or his family in attempt to retaliate against Mr. Cassaday, cause a rift, & or again try & induce police contact to get Mr. Cassaday taken out of the picture.

24. The conduct of the defendant falls under 18 USC §1512 & §1513.

25. The defendant's are playing a psychological game with the plaintiff, trying to intimidate & harass Mr. Cassaday through family, that is beyond out of bounds

**RELIEF SOUGHT:**

1. Motion #1 for the leave of court.
2. Motion #2 to amend
3. Motion #3 for injunctive relief against the Defendant BCBS.
4. The amount requested for relief previously will double every time this Defendant calls or harasses the Plaintiff or any member of his family.

**AFFIDAVIT:**

These documents are true & correct under penalty of perjury.

*Kevin Cassaday*    8-29-2025

Kevin Cassaday

4819 N. Stark Rd.

Hope, MI 48628

989-615-7096

kwcassaday@yahoo.com