UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN W. CASSADAY,

               Plaintiff,

v.

STATE OF MICHIGAN, et al.

               Defendants.

_____/

Case No. 1:25-cv-12576

Honorable Thomas L. Ludington
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**JUDGMENT**

In accordance with the Opinion and Order issued today:

It is **ORDERED** that that Judge Morris's Report and Recommendation, ECF No. 16, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Leave of Court to Amend Jurisdiction Plaintiff Accepts Magistrate and Plaintiff's Motion for Leave of Court for Reconsideration, which the Court has construed as Objections to Judge Morris' Report and Recommendation, ECF Nos. 17, 18, are **OVVERULED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

Further, it is **ORDERED** that all remaining Motions, ECF Nos. 3, 6, 7, 8, 9, 10, 19, 21, 22, are **DENIED** as moot.

**This is a final order and closes the case.**

- 2 -

KINIKIA D. ESSIX

CLERK OF THE COURT

By:   s/Kelly Winslow
Deputy Clerk

Dated: February 20, 2026

APPROVED:                                  s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

- 2 -